IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ASTRIEN JOHNSON,                )
                                )
            Plaintiff,           )
                                )
    v.                           )    No. 07 C 2586
                                )
RECYCLED PAPER GREETINGS, INC.,  )
                                )
            Defendant.           )

MEMORANDUM

In response to this Court's brief July 9, 2007 memorandum order inquiring as to the timeliness of certain claims advanced by plaintiff Astrien Johnson ("Johnson")--a subject raised by Affirmative Defense ("AD") 2 filed by defendant Recycled Paper Greetings, Inc. ("Recycled Paper")--Johnson's counsel has just filed an explanatory response. That response has focused on the Complaint Information Sheet ("CIS") that Johnson filled out in handwriting and submitted to the Illinois Department of Human Rights ("Department") back on January 8, 2004--a CIS that included some claims that were not then picked up by the Department's person who prepared the original Charge of Discrimination for Johnson's signature.[1]

That showing satisfies this Court's initial inquiry sufficiently so that none of the matters alleged in the Complaint

---

[1] Quite understandably, Complaint Ex. A comprised only the documents needed to demonstrate Johnson's satisfaction of the administrative conditions precedent to bringing suit: her formal Charge of Discrimination and EEOC's ensuing right-to-sue letter.

will now be stricken as untimely.  This is without prejudice, however, to the possible ability of counsel for Recycled Paper to submit a prompt assertion that its AD 2 should instead prevail to knock out some of Johnson's complaints on untimeliness grounds.

                                                          _____
                                                          Milton I. Shadur
                                                          Senior United States District Judge

Date:  July 18, 2007